Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  13−33870−CMG
                    Chapter:  7
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joanne A. Walker
   15 Elizabeth Pkwy
   Eatontown, NJ 07724

Social Security No.:
   xxx−xx−1565

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/2/13.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

Dated: December 3, 2013
JJW: ghm

                                                                                James J. Waldron
                                                                                Clerk